UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHECKERS DRIVE-IN RESTAURANTS, INC.,

    Plaintiff,

v.                                                       CASE NO: 8:09-cv-891-T-26TBM

A L & L RESTAURANTS EAST BAY, LLC,
et al.,

    Defendants.
_____/

## O R D E R

Pending before the Court is Plaintiff's motion for a preliminary injunction. After review, the Court concludes that the motion is due to be denied without prejudice as premature.

Plaintiff filed a multi-count complaint against Defendants on May 14, 1009, together with a motion for preliminary injunction. Defendants have yet to be served. In light of that fact, this Court has no personal jurisdiction over Defendants. As the United States Supreme Court has observed, "[b]efore a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied." Omni Capital Int'l v. Rudolf Wolff & Co., 484 U.S. 104, 108 S.Ct. 404, 409, 98 L.Ed.2d 415 (1987). Mere notice to a defendant is insufficient to satisfy the requirement of service of process and to bestow personal jurisdiction over that defendant. Id.; accord Prewitt Enter., Inc. v. Organization of Petroleum Exporting Countries, 353 F.3d 916, 924-25 (11th Cir. 2003). Consequently, Defendants in this case are not obliged to engage in this litigation, including responding to the motion for

preliminary injunction, until such time as they are notified of this action by formal process brought under this Court's authority. See <u>Murphy Bros., Inc. v. Mitchetti Pipe Stringling, Inc.</u>, 526 U.S. 344, 347, 119 S.Ct. 1322, 1325, 143 L.Ed.2d 448 (1999); <u>accord</u> <u>Prewitt</u>, 353 F.3d at 925.

Accordingly, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Preliminary Injunction (Dkt. 3) is denied without prejudice as premature.

2) Plaintiff may refile the motion once Defendants are properly served with process in this case, following which this Court will direct Defendants to respond to the motion, as well as schedule a hearing on the motion.

3) In refiling the motion, all Plaintiff need do is file a perfunctory motion readopting the allegations of the initial motion for preliminary injunction.

**DONE AND ORDERED** at Tampa, Florida, on May 15, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record